UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:94-CR-00029-FDW

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | |
| | ) | **ORDER** |
| MITCHELL IVAN BOLDER, | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Defendant's Motion for Compassionate Release, (Doc. No. 484). After reviewing the Motion, the Court DIRECTS the Government to file a response to the Motion within twenty-one days of this Order. Defendant shall have twenty-one (21) days after service of the Government's response to file a final reply brief.

IT IS SO ORDERED.

Signed: September 11, 2023

Frank D. Whitney
United States District Judge